# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER M. KELLER,<br><br>              Petitioner,<br><br>    v.<br><br>CRAIG KOENIG,<br><br>              Respondent. | Case No. SACV 21-0976 CJC (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: October 18, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE